UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IMPULSE MONITORING, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  3:14-cv-1253 |
| | ) | |
| HUMANA HEALTH PLAN, INC., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**


   This action has been reassigned to the Honorable Aleta A. Trauger, upon the Order entered by the Honorable Kevin H. Sharp on June 13, 2014 (Docket Entry No. 11). Absent order of the District Judge, there will be no further proceedings before the undersigned Magistrate Judge.

   It is so **ORDERED.**


        /s/ Joe B. Brown
       JOE B. BROWN
       United States Magistrate Judge